1

2

3

4

5

UNITED STATES DISTRICT COURT

6

EASTERN DISTRICT OF WASHINGTON

7

UNITED STATES OF AMERICA,

8

Plaintiff,

9

v.

10

JOSE MARTIN AGUILAR,

11

Defendant.

NO:  2:16-CR-0098-TOR

ORDER GRANTING DISCLOSURE
AND PROTECTIVE ORDER

12     BEFORE THE COURT is the United States' Motion for an Order to

13  Disclose Pre-Indictment Pleadings for Discovery but Not Unsealing and for

14  Protective Order (ECF No. 31).  The matter was submitted for expedited

15  consideration without oral argument.  The Court has reviewed the motion and the

16  file therein and is fully informed.  In order to comply with its discovery

17  requirements while balancing the need to protect the integrity of the on-going

18  investigation and alleviate safety concerns, the government seeks to disclose

19  certain pre-indictment pleadings to Defendant but keep them sealed from public

20

ORDER GRANTING MOTION FOR DISCLOSURE AND PROTECTIVE
ORDER ~ 1

access and to enter into a protective order that will govern the dissemination of such pleadings.  For good cause shown, the government's motion is granted.

ACCORDINGLY, IT IS HEREBY ORDERED:

The United States is permitted to disclose the following tracking warrants, location records information warrants and search warrants that are all currently sealed by the Court (hereinafter "Protective Discovery") to counsel for Defendants' pursuant to its discovery obligations:

***Search Warrants***

2:15-mj-345-JTR,  2:15-mj-359-JTR, 2:15-mj-360-JTR, 2:15-mj-362-JTR, 2:15-mj-363-JTR, 2:16-mj-76-JTR, 2:16-mj-77-JTR, 2:16-mj-78-JTR, 2:16-mj-79-JTR, 2:16-mj-80-JTR, 2:16-mj-81-JTR, 2:16-mj-82-JTR, 2:16-mj-92-TOR , 2:16-mj-93-TOR, 2:16-mj-94-TOR, 2:16-mj-95-TOR, 2:16-mj-96-TOR, 2:16-mj-97-TOR, 2:16-mj-142-JTR, 2:16-mj-143-JTR, 2:16-mj-144-JTR, 2:16-mj-145-JTR, 2:16-mj-146-JTR, 4:16-mj-7071-JTR, 4:16-mj-7072-JTR.

***Location Information Records and TrackingWarrants***

2:16-mj-50-JTR , 2:15-mj-269-JTR, 2:15-mj-322-JTR, 2:15-mj-323-JTR, 2:15-mj-354-JTR, 2:15-mj-355-JTR, 2:15-mj-356-JTR, 4:16-mj-7041-JTR, 4:16-mj-7059-JTR.

//

//

ORDER GRANTING MOTION FOR DISCLOSURE AND PROTECTIVE ORDER ~ 2

1    Such applications, orders and warrants shall otherwise remain sealed by the

2    Court.

3    IT IS FURTHER ORDERED that:

4    1.    The United States will provide discovery materials (including

5    Protective Discovery) on an on-going basis to defense counsel;

6    2.    Defense counsel may possess but not copy (excluding the production

7    of necessary working copies) the discovery materials, including sealed documents;

8    3.    Defense counsel may show to, and discuss with the Defendant the

9    discovery material, including sealed documents;

10    4.    Defense counsel shall not provide original or copies of discovery

11    materials directly to the Defendant;

12    5.    Defense counsel shall not otherwise provide original or copies of the

13    discovery material to any other person, including subsequently appointed or

14    retained defense counsel, but excluding any staff of defense counsel or investigator

15    and/or expert engaged by defense counsel, who will also be bound by the terms

16    and conditions of the protective order;

17    6.    The United States and defense counsel may reference the existence

18    and content of sealed discovery material in open and closed court proceedings

19    relevant to this cause.  Any reference to the content of the Protected Discovery

20    shall be filed under seal, until further order of the Court.

ORDER GRANTING MOTION FOR DISCLOSURE AND PROTECTIVE
ORDER ~ 3

1    7.  The parties may seek relief from this Order for good cause shown.

2        The District Court Executive is hereby directed to enter this Order and

3    furnish copies to counsel.

4        DATED June 17, 2016.

5    

6                        THOMAS O. RICE
                   Chief United States District Judge

7

8

9

10

11

12

13

14

15

16

17

18

19

20

ORDER GRANTING MOTION FOR DISCLOSURE AND PROTECTIVE
ORDER ~ 4